**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NORMA SAFFORD VELA,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-04519

Judge Robert W. Gettleman

Magistrate Judge Laura K. McNally

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 2 | Luyao3 |
| 3 | Partclots |
| 6 | doublebabyjoy(7-12 Days Arrival) |
| 11 | Lamuusaa Direct Store (8-12 days Arrival) |
| 12 | shejingb |
| 13 | Orlysa |
| 14 | laichen |
| 15 | Znihak |
| 16 | Wiots |
| 17 | Kidscute Store |

| | |
|---|---|
| 18 | Fnua |
| 19 | NOLDARES |
| 20 | UngA |
| 22 | Msk Fashion Store |

DATED:  June 22, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 22, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt