**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NORMA SAFFORD VELA,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-04519

Judge Robert W. Gettleman

Magistrate Judge Laura K. McNally

**PLAINTIFF'S STATUS REPORT**

Pursuant to Minute Entry Order [24], Plaintiff, NORMA SAFFORD VELA ("Plaintiff"), files this status report solely on behalf of Plaintiff.

On September 4, 2026, Plaintiff dismissed the remaining defendants in this case. *See* [25]. The case can be terminated at the Court's earliest convenience.

DATED: September 4, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.